# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:09-CR-211-RJC-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| **ALAN PHILIP BELLANCA,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" as to David W. Wiechert (Document No. 19) pursuant to Local Rule 83.1 of the Rules of the United States District Court for the Western District of North Carolina.

It appears that the person for whom leave to appear is sought, David W. Wiechert, is a member in good standing of the Bar of the State of California. It further appears that David W. Wiechert has associated with Christopher C. Fialko of Rudolf, Widenhouse & Fialko, as local counsel.

**IT IS THEREFORE ORDERED** that "Application For Admission To Practice *Pro Hac Vice*" (Document No. 19) is **GRANTED**, and that David W. Wiechert is permitted to appear *pro hac vice* in the above-captioned action pending in this Court as counsel for Defendant Alan Philip Bellanca.

**SO ORDERED**.

Signed: July 7, 2010

David C. Keesler
United States Magistrate Judge