IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:09CR211 |
| v. ) | |
| ) | |
| (1) WILLIAM LEE HAGOOD, ) | |
| (2) ALAN PHILIP BELLANCA, ) | |
| (3) MITCHELL KEITH KLEINMAN. ) | |

## ORDER TO ACCEPT AND DEPOSIT
## EARLY PAYMENT OF FINE AND RESTITUTION

A motion having been duly brought before this Court for an order to directing the Clerk of Court to accept pre-payment of any fine and/or restitution in this matter, and the Court having considered the same, the Court finds that the Clerk of Court will accept and deposit pre-payment of the fine and/or restitution.

It is, therefore, ORDERED, ADJUDGED, AND DECREED that:

1. Any pre-judgment fine or restitution payment will be accepted by the Clerk of Court in this case and the funds will be deposited into the Registry of the Court until the Judgment in a Criminal Case issues, at which point the funds will be disbursed as set forth in the Judgment; and

2. The government will serve a copy of this Order upon the Clerk or the Financial Deputy Clerk.

Signed this the ____ day of December, 2010.

_____
CHIEF UNITED STATES DISTRICT JUDGE