IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW3:09CR211-2 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| ALAN BELLANCA, ) | |
| AKA/AL BELLANCA. ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and PENSCO TRUST.:

A judgment was entered on January 12, 2011, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Alan Bellanca, aka/Al Bellanca, whose last known address is XXXXXXXXXXXXX, Dana Point, CA 92629, in the sum of $2,202,079.40. The balance on the account as of March 24, 2011, is $2,124,654.40.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Pensco Trust is commanded to **turn over property** in which the defendant, Alan Bellanca, aka/Al Bellanca, has a substantial nonexempt interest, the said property being funds located in Pensco Trust accounts including, but not limited to, an Individual Retirement Account (IRA), in the name of Alan Bellanca, aka/Al Bellanca, at the following address: Pensco Trust Co., 450 Sansome St, 14th Floor, San Francisco, CA 94111, Attention: Marge Chapman.

Signed: March 30, 2011

David C. Keesler
United States Magistrate Judge