IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW3:09CR211-2 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| ALAN BELLANCA, ) | |
| AKA/AL BELLANCA. ) | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and MORGAN STANLEY SMITH BARNEY.:

A judgment was entered on January 12, 2011, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Alan Bellanca, aka/Al Bellanca, whose last known address is XXXXXXXXXXXX, Dana Point, CA 92629, in the sum of $2,202,079.40. The balance on the account as of March 24, 2011, is $2,124,654.40.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Morgan Stanley Smith Barney is commanded to **turn over property** in which the defendant, Alan Bellanca, aka/Al Bellanca, has a substantial nonexempt interest, the said property being funds located in Morgan Stanley Smith Barney accounts including, but not limited to, an Individual Retirement Account (IRA), in the name of Alan Bellanca, aka/Al Bellanca, at the following address: Morgan Stanley Barney Smith, 485 Lexington Ave, 12th Ave, New York, NY 10017, Attention: Mayra Oveido.

Signed: March 30, 2011

_____
David C. Keesler
United States Magistrate Judge