IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW3:09CR211-2 |
| | ) | (Financial Litigation Unit) |
| ALAN PHILIP BELLANCA. | ) | |

DISMISSAL OF WRIT OF EXECUTION

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Execution on accounts held by Morgan Stanley Smith Barney, filed in this case against the defendant Alan Philip Bellanca, is DISMISSED.

Signed: August 4, 2011

David C. Keesler
United States Magistrate Judge